UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

## CIVIL MINUTES – GENERAL

| Case No. | 2:25-cv-10338-ODW (AGRx) | Date | March 9, 2026 |
|---|---|---|---|
| Title | *Matthew Marsico v. M.A.C. Cosmetics Inc.* | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):**

In light of Plaintiff Matthew Marsico's Notice of Settlement, the Court ordered Plaintiff to file a dismissal that complies with Federal Rule of Civil Procedure 41 by March 6, 2026. (Dkt. No. 12.)  The Court noted that "[f]ailure to timely comply with this order shall result in the dismissal of this action."  Having received no response from Plaintiff to the Court's Order, this case is hereby **DISMISSED**.  The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

|  | : | 00 |
|---|---|---|
| Initials of Preparer | SE | |